AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Diversified Clinical Services, Inc. and Healogics, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>I-Heal Company, LLC; Therapy Support, Inc.; and Brian Pavlin<br><br>*Defendant(s)* | Civil Action No. 1:16cv1147 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Pavlin
2 Hill and Hollow Ln
Cincinnati, OH 45208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian S. Sullivan, Esq.
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/16/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Diversified Clinical Services, Inc. and Healogics, Inc. <br><br> *Plaintiff(s)* <br> v. <br> I-Heal Company, LLC; Therapy Support, Inc.; and Brian Pavlin <br><br> *Defendant(s)* | Civil Action No. 1:16cv1147 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* I-Heal Company, LLC
c/o its registered agent:
FRANK J WITSCHEY, ESQ. PRESIDENT
WITSCHEY WITSCHEY & FIRESTINE CO
405 ROTHROCK ROAD SUITE 103
AKRON, OH 44321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian S. Sullivan, Esq.
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 12/16/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Diversified Clinical Services, Inc. and Healogics, Inc.<br><br>*Plaintiff(s)*<br>v.<br>I-Heal Company, LLC; Therapy Support, Inc.; and Brian Pavlin<br><br>*Defendant(s)* | Civil Action No. 1:16cv1147 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Therapy Support, Inc.
c/o its registered agent:
DAVID R PAVLIN
2803 N. OAK GROVE AVE.
SPRINGFIELD, MO 65803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian S. Sullivan, Esq.
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/16/2016

*Signature of Clerk or Deputy Clerk*